No. 77–131. DELAWARE STATE BOARD OF EDUCATION ET AL. *v.* EVANS ET AL.;

No. 77–223. CLAYMONT SCHOOL DISTRICT ET AL. *v.* EVANS ET AL.;

No. 77–235. NEWARK SCHOOL DISTRICT *v.* EVANS ET AL.;

No. 77–236. NEW CASTLE-GUNNING BEDFORD SCHOOL DISTRICT *v.* EVANS ET AL.; and

No. 77–239. MARSHALLTON-McKEAN SCHOOL DISTRICT *v.* EVANS ET AL., *ante,* p. 880. Petition for rehearing denied. MR. JUSTICE MARSHALL and MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

NOVEMBER 9, 1977

No. A–406. MORIAL ET AL. *v.* JUDICIARY COMMISSION OF LOUISIANA ET AL. Application for stay of order of the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

NOVEMBER 14, 1977

No. 77–5163. WILLIAMS *v.* WARD, CORRECTIONAL COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 60.

No. 77–471. McDOUGAL *v.* COUNTY OF IMPERIAL. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 77–502. MUSS ET AL. *v.* CITY OF MIAMI BEACH. Appeal from Dist. Ct. App. Fla., 3d Dist., dismissed for want of substantial federal question.